EDMOND CRIMI, Respondent, *v.* R. H. MACY & Co., INC., Appellant, et al., Defendants.

Argued March 7, 1945; decided April 12, 1945.

*Samuel E. Swiggett* for appellant.

*Myron Wisoff, Henry J. Beilman* and *Jack C. Wilner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.